UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,

          -against-

BRENT BORLAND, et al.,

                    Defendants.
----------------------------------------------------------------x

18-cv-4352 (PKC)

ORDER

CASTEL, U.S.D.J.

       Intervenor Emigrant Residential, LLC's unopposed motion for modification of the

Asset Freeze Order is GRANTED.  The Clerk is directed to terminate the motion.  (Docket # 26.)

Emigrant Residential is directed to file a proposed Order no later than May 13, 2020.

       SO ORDERED.

                             P. Kevin Castel
                        United States District Judge

Dated: New York, New York
       April 29, 2020