UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRENT BORLAND, BORLAND CAPITAL GROUP, LLC, and BELIZE INFRASTRUCTURE FUND I, LLC<br><br>Defendants, and<br><br>CANYON ACQUISITIONS, LLC, and ALANA LaTORRA BORLAND,<br><br>Relief Defendants. | CASE NO. 18-cv-4352 (PKC) |

**FINAL JUDGMENT AS TO RELIEF DEFENDANT ALANA LaTORRA BORLAND**

The United States Securities and Exchange Commission having filed a Complaint and Relief Defendant Alana LaTorra Borland ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph III); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable, jointly and severally with Defendant Brent Borland, for disgorgement of $6,266,843.37, representing net profits gained as a result of the conduct alleged in the Complaint, together with

1

prejudgment interest thereon in the amount of $949,020.96, which shall be deemed satisfied by the following: (a) the Order of Restitution entered against Defendant Brent Borland in *United States v. Borland*, Case No. 1:18-cr-487 (S.D.N.Y.) (Dkt. Entry 110); (b) the transfer of frozen funds, described herein in Section II, to the Commission; (c) Relief Defendant's and Defendant Brent Borland's consent to the Court's appointment of a Liquidation Agent to take possession of, market for sale, and sell the real property located at 43 North Haven Way, Sag Harbor, NY 11963 (the "Sag Harbor Property"); and (d) the Liquidation Agent's turnover of its net proceeds, if any, from the sale of the Sag Harbor Property to the Commission.

II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 3 days after being served with a copy of this Final Judgment, JPMorgan Chase Bank, N.A. ("JPMorgan") shall transfer the entire balance of the following JPMorgan accounts which were frozen pursuant to an Order of this Court to the Commission:

| Account Owner | Acct. Ending in: |
|---|---|
| Borland Capital Group, LLC | *5205 |
| BCG Ritz Trump, LLC | *0055 |
| BCG Ritz Trump, LLC | *8581 |
| BCG Bronxville, LLC | *6895 |
| Blueprint Strategic Management GP, LLC | *7002 |
| Alana M. LaTorra-Borland | *4700 |

JPMorgan may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. JPMorgan also may transfer these funds by certified

2

check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment and the sale of the Sag Harbor Property.

Dated: May 16, 2024

_____
UNITED STATES DISTRICT JUDGE

4