UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,                                    18 Civ. 4352 (PKC)

                              Plaintiff,

v.                                                                                     ORDER

BRENT BORLAND, BORLAND CAPITAL
GROUP, LLC, and BELIZE
INFRASTRUCTURE FUND I, LLC.,

                              Defendants.

_____

CASTEL, United States District Judge.

        All parties and interested non-parties, including Copper Leaf LLC, shall appear

for oral argument of the pending motions in Courtroom 11D on July 1, 2026 at 12:00 p.m. in

Courtroom 11D.

        SO ORDERED.

                                                                    _____
                                                                            P. Kevin Castel
                                                                    United States District Judge

Dated:  New York, New York
          June 15, 2026